IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CLARA J. DAVIS,                    )      8:07CV342
                                   )
           Plaintiff,              )         ORDER
                                   )
      vs.                          )
                                   )
KONE, INC., (d/b/a KONE OMAHA      )
and KONE CORPORATION), et al.,     )
                                   )
           Defendants.             )
_____    )
```

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Thursday, April 10, 2008 at 10:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 27th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court